IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COLON-ACOSTA, et al.<br>**Plaintiff(s)**<br><br>v.<br><br>HERNANDEZ-TORRES, et al.<br>**Defendant(s)** | **CIVIL NO.** 01-1908 (JAG) |

**ORDER**

Pending before the Court is defendants' second bill of costs (Docket No. 209). The plaintiffs filed an opposition to the bill of costs alleging 1) they are indigent, 2() the taxation of costs would have a chilling effect in the filing of civil rights action, and 3) the bill of costs is excessive. (Docket No. 211).

Plaintiffs, however, have not put the Court in the position to determine whether, as an exception to the general rule, costs should not be taxed against the losing party. See Stanley v. University of Southern California, 178 F.3d 1069, 1079-1080 (9th Cir. 1999); Save our Valley v. Sound Transit, 335 F.3d 932, 945 (9th Cir. 2003). All six (6) plaintiffs must provide evidence as to the alleged indigence and their inability to pay $4,719.44 by filing sworn financial statements on or before **May 16, 2005.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of April, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge